### BREWER et al. v. UNITED STATES.

#### (Circuit Court, S. D. New York.  December 9, 1897.)

CUSTOMS DUTIES—FLOUR BAGS REIMPORTED.

Flour bags, shown by proof according to the treasury regulations to have been made in this country, were entitled to free entry, under paragraph 387 of the act of 1894, though the marks on some of the bags did not correspond to those in the invoices.

This was an appeal by Brewer & Bros. from a decision of the board of general appraisers in respect to the classification for duty of certain flour bags.

Stephen G. Clarke, for plaintiffs.
Henry D. Sedgwick, Jr., Asst. U. S. Atty.

WHEELER, District Judge.  This importation was of flour bags exported from this country, and assessed properly, unless they were duty free, as returned to this country under paragraph 387 of the tariff act of 1894.  That they were the product of this country, and exported and reimported, in fact, is not questioned.  All the affidavits and proceedings were taken by the importer that were required by that paragraph, and the treasury regulations under it.  Free entry was refused, and the duty assessed, because the marks on many of the bags did not correspond to those in the invoices.  That does not show that the bags were not of American manufacture.  It only shows that some mistake, probably, was made about them.  They were none the less free, as the product of this country, exported and returned, because they had been wrongly marked.  The regulations

, having been fully complied with, and they having been returned by the appraiser as the product of this country, they should have been allowed to come in free.　Decision reversed.